UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESTORATIVE HEALTH SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-cv-1127 |
| ) | Judge Kevin H. Sharp |
| KATHLEEN SEBELIUS, Secretary, ) | Magistrate Judge Griffin |
| U.S. Department of Health & Human Services, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

The parties, Restorative Health Services, Inc., and Defendant Kathleen Sebelius, Secretary, U.S. Department of Health and Human Services, by and through their respective counsel, have informed the Court that all matters between these parties have been settled and compromised. Accordingly, this civil action is hereby DISMISSED against Kathleen Sebelius, Secretary, U.S. Department of Health and Human Services. Said dismissal shall be without prejudice for a period of ninety (90) days, within which the parties may formalize and implement the terms and conditions of their settlement. The dismissal shall be with prejudice ninety (90) days following the entry of this Order on the docket, unless other action is taken by the Court upon the petition of either party.

It is so **ORDERED**.

ENTERED this the __3uv'f c{ "qh'Lxn{ "42330

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

By: s/Stafford McNamee, Jr. (With permission)
STAFFORD McNAMEE, JR.
B.P.R. No. 003739
Hooper, Zinn & McNamee PLLC
109 Westpark Dr., Ste. 300
Brentwood, TN 37027
Telephone: (615)661-5472
*Attorney for Plaintiff*


JERRY E. MARTIN
United States Attorney


By: s/ Michael L. Roden
MICHAEL L. RODEN, B.P.R. #010595
Assistant United States Attorney
Middle District Tennessee
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
*Attorneys for the Defendant*

Of counsel:
MATTHEW SCOTT WEINER
Attorney
U.S. Dep't of Health and Human Services
7500 Security Blvd.
Baltimore, MD 21244